

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

No. 04-12-00743-CR

Edwin Charles **NEW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0691
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

　　Appellant's brief was originally due to be filed in this appeal on March 18, 2013. On March 25, 2013, this court notified appellant's attorney that the brief was late. On March 26, 2013, appellant's attorney filed a motion requesting an extension of time which was granted, extending the deadline for filing the brief to April 17, 2013. On April 25, 2013, appellant filed a motion requesting an additional extension of time to file the brief until May 17, 2013, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by May 17, 2013.

_____
Catherine Stone, Chief Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

April 29, 2013

No. 04-12-00743-CR

Edwin Charles **NEW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0691
Honorable Maria Teresa Herr, Judge Presiding

## ORDER

Appellant's brief was originally due to be filed in this appeal on March 18, 2013. On March 25, 2013, this court notified appellant's attorney that the brief was late. On March 26, 2013, appellant's attorney filed a motion requesting an extension of time which was granted, extending the deadline for filing the brief to April 17, 2013. On April 25, 2013, appellant filed a motion requesting an additional extension of time to file the brief until May 17, 2013, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by May 17, 2013.

/s/Catherine Stone
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.

/s/Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 29TH DAY OF APRIL, 2013.